# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Harold L. | Northern District of Georgia | 3-17-10 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/09 to 12/31/09 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 East First Street Suite 311 Rome, Georgia 30161 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor of Estate Number 2 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Murphy, Harold L.

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

X  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

X  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WGNB Corp. | | None | L | W | See Section VIII | | | | |
| 2. Tract 1 unimproved land in Haralson Co., Ga. | | None | M | W | | | | | |
| 3. Tract 3 unimproved land in Haralson County, Ga. | D | Rent | O | W | | | | | |
| 4. Tract 4 ½ interest in land Haralson Co., Ga. | D | Rent | O | W | | | | | |
| 5. Life Insurance Metropolitan Life Ins.Co. | A | Int. | M | V | Value method is paid up value of policy | | | | |
| 6. Life Insurance Metropolitan Life Ins.Co. | | None | M | V | Value method is paid up value of policy | | | | |
| 7. National Service Life Insurance | A | Div. | J | V | Value method id paid up value of policy | | | | |
| 8. First National Bank of Georgia | B | Int. | M | T | | | | | |
| 9. Tract 5 - Tract of land in Tallapoosa, Ga. | | None | L | W | | | | | |
| 10. First National Bank of Georgia | A | Int. | L | T | | | | | |
| 11. Coca Cola | A | Div. | K | T | | | | | |
| 12. WGNB Corp. | | None | J | W | See Section VIII | | | | |
| 13. First National Bank of Georgia ½ interest | | None | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | (Continued on next page) | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1 Income Gain Codes. (See Columns B1 and D4) — A =$1,000 or less — B =$1,001 - $2,500 — C =$2,501 - $5,000 — D =$5,001 - $15,000 — E =$15,001 - $50,000
F =$50,001 - $100,000 — G =$100,001 - $1,000,000 — H1 =$1,000,001 - $5,000,000 — H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3) — J =$15,000 or less — K =$15,001 - $50,000 — L =$50,001 - $100,000 — M =$100,001 - $250,000
N =$250,001 - $500,000 — O =$500,001 - $1,000,000 — P1 =$1,000,001 - $5,000,000 — P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 — P4 =More than $50,000,000
3 Value Method Codes (See Column C2) — Q =Appraisal — R =Cost (Real Estate Only) — S =Assessment — T =Cash Market
U =Book Value — V =Other — W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Metlife Policy Holders Trust | A | Div. | K | T | | | | | |
| 2. Metlife Policy Holders Trust | A | Div. | K | T | | | | | |
| 3. Chevron Corp. | C | Div. | L | T | | | | | |
| 4. Southcrest Financial Group, Inc. | E | Div. | O | T | | | | | |
| 5. Southcrest Financial Group, Inc. | A | Div. | K | T | | | | | |
| 6. WGNB Corp. preferred stock | A | Div. | J | W | See Section VIII | | | | |
| 7. First National Bank of Ga. C.D. | C | Int. | M | T | | | | | |
| 8. First National Bank of Ga. C.D. | C | Int. | M | T | | | | | |
| 9. First National Bank of Polk County, Ga. C.D. | B | Int. | L | T | Buy | 2/24/09 | L | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See I. Positions

While I remain executor of Estate Number 2, all assets were distributed to the heirs in 1998.


See VII Investments.

WGNB, a bank holding company had one asset of any value, which was the First National Bank of Georgia which was put into receivership of the Federal Deposit Insurance Corporation on January 29, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 3-17-10 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544